UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE WOODARD,

    Plaintiff,

v.                                            Case No: 8:16-cv-2412-T-27TGW

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Unopposed Motion for Award of Attorney's Fees Pursuant to Equal Access to Justice Act 28 U.S.C. § 2412 (Dkt. 18). Defendant has no objection to the Motion. Upon consideration, the Motion is **GRANTED**. Pursuant to 28 U.S.C. § 2412(d), Plaintiff is awarded $3,508.11 in EAJA fees for 18.3 hours of work at a rate of $191.70 per hour, both of which are reasonable, within **sixty (60) days** of the date of this Order, subject to reasonable extensions for good cause if shown.

**DONE AND ORDERED** this 10th day of October, 2017.

                                                              **JAMES D. WHITTEMORE**
                                                              **United States District Judge**

Copies to: Counsel of record